IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 23-cr-00281

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROY GENE GREY,

    Defendant.

---

## MOTION FOR LEAVE TO RESTRICT
## SENTENCING DOCUMENT

---

    Mr. Grey, by and through his Criminal Justice Act appointed counsel, Jesse Glassman, respectfully requests leave to file a level 2 restricted motion regarding sentencing.

    Respectfully Submitted,

/s Jesse A. Glassman
Jesse A. Glassman
Attorney for Defendant
Reg. #37787
The Law Firm of Glassman & Faye
427 W 13th Ave
Denver, CO 80204
Telephone: 720-345-8444
Fax: 303-265-9481
Email: Jesse@GlassmanFaye.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 15, 2024, I electronically filed the foregoing *Motion for Leave to Restrict* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Craig Fansler, AUSA – craig.fansler2@usdoj.gov

/s Jesse A. Glassman
Jesse A. Glassman
Attorney for Defendant